DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**THOR PAUL O'BRIEN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2615

[April 23, 2020]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin, County; Sherwood Bauer, Jr., Judge; L.T. Case No. 43-2018-CF-001071-A.

Carey Haughwout, Public Defender, and Nancy Jack, Assistant Public Defender, West Palm Beach, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., DAMOORGIAN and FORST, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***